```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22068
   WILLIAM A HARDMAN
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1633


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/03/05 and confirmed on 08/11/05.

    2.  The case was converted to Chapter 7 after confirmation, 04/23/2008.

    3.  The Debtor paid a total of $  10350.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG            .00           .00            .00
LITTON LOAN SERVICING IN MORTGAGE ARRE        3199.84           .00        3199.84
ECAST SETTLEMENT CORPORA UNSECURED            9167.70           .00        2442.71
ECAST SETTLEMENT CORPORA UNSECURED            2024.61           .00         539.46
ECAST SETTLEMENT CORPORA UNSECURED            5630.47           .00        1500.22
NICOR GAS                UNSECURED             590.86           .00         157.44
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3199.84          .00     17413.64         .00       20613.48
PRINCIPAL PAID      3199.84          .00      4639.83         .00        7839.67
INTEREST PAID           .00          .00          .00         .00            .00
TOTAL PAID          3199.84          .00      4639.83         .00        7839.67
The Debtor's attorney, RICHARD S BASS                  , was allowed $   2600.00
and was paid $    500.00   direct and $   2100.00   through the plan.

The Trustee received $     410.33 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 07/21/08               /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 05 B 22068 WILLIAM A HARDMAN
```